| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar No. 122664<br>Federal Defender |
| 2 | ANDREW WONG, Bar No. 308269<br>ASSISTANT FEDERAL DEFENDER |
| 3 | Designated Counsel for Service<br>2300 Tulare St. Ste. 330 |
| 4 | Fresno, CA 93721<br>Telephone: 559-487-5561 |
| 5 | Fax: 559-487-5950 |
| 6 | Attorney for Defendant<br>ANTHONY MCKAY |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case Nos: 5:16-po-00273-SAB and |
|---|---|
| | ) 5:17-po-00263-SAB |
| Plaintiff, | ) |
| | ) STIPULATION TO ALLOW FIXED-SUM |
| vs. | ) PAYMENT IN LIEU OF APPEARANCE; |
| | ) ORDER |
| ANTHONY MCKAY, | ) |
| | ) Date: November 21, 2017 |
| Defendant. | ) Time: 9:30 a.m. |
| | ) Judge: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Kyle Ratliff, counsel for the plaintiff, and Assistant Federal Defender Andrew Wong, counsel for defendant Anthony McKay, that this case shall be resolved by payment of a fixed-sum in lieu of Anthony McKay's appearance pursuant to Federal Rule of Criminal Procedure 58(d)(1) and Local Rule Crim. 410.

Anthony McKay agrees to pay a $500 fine and $30 processing fee on or before January 31, 2018 for Citation No. 6553656, which alleges a violation of 18 U.S.C. § 13 assimilating California Vehicle Code § 14601.1(a), driving on a license suspended for non-alcohol related reasons. Payment shall be made to the Central Violations Bureau. Upon payment, the parties agree that the status conference currently scheduled for November 21, 2017 will be vacated. Upon receipt of payment, Citation No. 6553656 will close and the Government will move to dismiss Citation Nos. 4424251; 4424252; and 6553655 the interest of justice.

1

Respectfully submitted,

Phillip Talbert
United States Attorney

Date: November 15, 2017			*/s/ Kyle Ratliff*
					KYLE RATLIFF
					Special Assistant United States Attorney
					Attorney for Plaintiff


					HEATHER E. WILLIAMS
					Federal Defender


Date: November 15, 2017			*/s/ Andrew Wong*
					ANDREW WONG
					Assistant Federal Defender
					Attorney for Defendant
					ANTHONY MCKAY

# O R D E R

The stipulation is granted in part. This matter is continued to January 18, 2018 at 10:00 a.m. The defendant is ordered to appear.

However, if the terms of the agreement are complied with the parties may submit a stipulation removing the matter from the January 18, 2018 calendar and closing the case as part of the stipulation with the government moving to dismiss the other cases pursuant to this stipulation.

IT IS SO ORDERED.

Dated:   **November 20, 2017**

UNITED STATES MAGISTRATE JUDGE