PHILLIP A. TALBERT
United States Attorney
KYLE R. RATLIFF
Special Assistant U.S. Attorney
412 TW/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4316 / Fax: (661) 277-2887

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5: 17-po-263-SAB |
| Plaintiff, | GOVERNMENT'S MOTION AND ORDER FOR DISMISSAL |
| v. | |
| ANTHONY MCKAY, | |
| Defendant | |

The United States of America, by and through McGregor Scott, United States Attorney, and Kyle R. Ratliff, Special Assistant United States Attorney, hereby moves to dismiss Citation Number 4424251; Citation Number 4424252; and Citation Number 6553655 against ANTHONY MCKAY without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: January 17, 2018

Respectfully Submitted,
McGregor Scott
United States Attorney

By: *Kyle R. Ratliff* (signature)
Kyle R. Ratliff
Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Citation Number 4424251; Citation Number 4424252; and Citation Number 6553655 against ANTHONY MCKAY be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __**January 17, 2018**__

UNITED STATES MAGISTRATE JUDGE